UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE P. ALEXANDER,<br><br>Defendant. | Case No. 18-cr-00520-SI-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 4 |

Defendant Lee P. Alexander has filed a motion for early termination of supervised release pursuant to 18 U.S.C. § 3583(e).  Dkt. No. 4.  The motion is set for a hearing on July 10, 2020. Pursuant to General Order Nos. 72-4 and 74, which generally limit in-court proceedings due to the coronavirus pandemic, the Court finds this matter appropriate for resolution on the papers and VACATES the hearing.  *See also* Fed. R. Crim. P. 32.1(c)(2)(B)-(C) (hearing on modification to supervised release not required where the relief sought is favorable to the person and does not extend the term of supervised release, and where the government has received notice and has had reasonable opportunity to object and has not done so).

Mr. Alexander is currently serving a three-year term of supervised release that began October 9, 2018.  The government does not oppose his motion, nor does the U.S. Probation Officer. Dkt. No. 10.  The Court has reviewed the papers filed in support of Mr. Alexander's motion and "is satisfied that [early termination of supervised release] is warranted by the conduct of the defendant released and the interest of justice."  *See* 18 U.S.C. § 3583(e)(1).  The Court commends Mr. Alexander on the progress he has made in addressing his substance abuse issues and in securing and maintaining employment.

The Court hereby GRANTS the motion for early termination of supervised release and

United States District Court
Northern District of California

1   ORDERS that Mr. Alexander's supervised release be terminated forthwith.

2

3   **IT IS SO ORDERED**.

4   Dated: June 25, 2020

5   _____

6   SUSAN ILLSTON
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28